SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel


RECEIVED
BY / DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hartford Financial      Plaintiff,
Holdings, Inc., et al.

        - against -

Steven C. Signer        Defendant.

_08_ cv _2459_ (PKC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Frederick D. Greco   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:   W. Scott Greco
    Firm Name:          GRECO & GRECO, P.C.
    Address:            1300 Old Chain Bridge Rd.
    City/State/Zip:     McLean, VA 22101
    Phone Number:       (703) 821-2777
    Fax Number:         (703) 893-9377

W. Scott Greco                       is a member in good standing of the Bar of the States of

Virginia, Maryland, and Washington, DC

There are no pending disciplinary proceeding against   W. Scott Greco
in any State or Federal court.

Dated:   3/26/08
City, State:  McLean, Virginia

    Respectfully submitted,

    _[signature]_
    Sponsor's
    SDNY Bar  FG 3669
    Firm Name: Greco & Greco, P.C.
    Address: 1300 Old Chain Bridge Rd.
    City/State/Zip: McLean, VA 22101
    Phone Number: 703-821-2777
    Fax Number: 703-893-9377

SDNY Form Web 10/2006

UNITED STATES DISTRICT

**SOUTHERN DISTRICT OF NEW YORK**

Hartford Financial Holdings, Inc. et al.

           Plaintiff,

    - against -                                    08 cv 2459 (PKC)

Steven Signer      Defendant.            AFFIDAVIT OF
                                                  FREDERICK D. GRECO
                                                  IN SUPPORT OF MOTION
                                                  TO ADMIT COUNSEL

State of Virginia  )                                  PRO HAC VICE
                   )    ss:
County of Fairfax )

Frederick D. Greco, being duly sworn, hereby deposes and says as follows:

1. I am a partner in Greco & Greco and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit W. Scott Greco as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in December 3, 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known W. Scott Greco since 1969.

4. W. Scott Greco is a partner in Greco & Greco, McLean Virginia.

5. I have found W. Scott Greco to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of W. Scott Greco pro hac vice.

7. I respectfully submit a proposed order granting the admission of W. Scott Greco, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit W. Scott Greco, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 3/26/08
City, State: McLean Virginia
Notarized:

Respectfully submitted,

_____
Name of Movant: Frederick D. Greco

SDNY Bar Code: FG 3669

SDNY Form Web 10/2006



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **WILLIAM SCOTT GRECO** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. **GRECO** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued March 25, 2008

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**W. SCOTT GRECO**

was on the 2ND day of DECEMBER, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 24, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 2005,

### William Scott Greco

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

                **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of March, 2008.

                                        */s/ Alexander L. Cummings*
                                   Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

Hartford Financial Holdings, Inc. et al.
                Plaintiff,

        - against -                                 08 cv 2459 (PKC)

Steven Signer        Defendant.

## CERTIFICATE OF SERVICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Due to the fact that Defendant has not made an appearance yet in this matter, I am serving this Motion on him by mail as well as serving by mail his counsel in the underlying arbitration which is the subject of this Petition to Confirm. I hereby certify that I have mailed first class, postage prepaid, a true copy of the attached Motion to Admit Counsel Pro Hac Vice and its attachments to the following this 27 day of MARCH, 2008:

STEVEN C. SIGNER
1110 White Hawk Ranch Drive
Boulder, Colorado 80303

Steve A. Miller, Esquire
The Barclay, No. 2905
1625 Larimer Street
Denver, Colorado 80202-1539

                                                  Respectfully submitted,

                                                  Frederick D. Greco
                                                  SDNY Bar Code: FG 3669
                                                  GRECO & GRECO, P.C.
                                                  1300 Old Chain Bridge Road
                                                  McLean, Virginia 22101
                                                  Telephone (703) 821-2777

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hartford Financial Holdings, Inc., et al.     Plaintiff,

- against -

Steven C. Signer                Defendant.

08   cv   2459   (PKC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Frederick D. Greco attorney for Hartford Financial Holdings, Inc. et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | W. Scott Greco |
| Firm Name: | GRECO & GRECO, P.C. |
| Address: | 1300 Old Chain Bridge Rd. |
| City/State/Zip: | McLean, VA 22101 |
| Telephone/Fax: | (703) 821-2777 |
| Email Address: | wsgreco@grecogrecolaw.com |

is admitted to practice pro hac vice as counsel for Hartford Financial Holdings, Inc. et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006