# GRECO & GRECO, P.C.
ATTORNEYS AT LAW
1300 OLD CHAIN BRIDGE ROAD
McLEAN, VIRGINIA 22101

TELEPHONE (703) 821-2777
FACSIMILE (703) 893-9377
E-MAIL: firm@grecogrecolaw.com

**FREDERICK D. GRECO**
ADMITTED TO PRACTICE IN
VA, DC, MD & NY

**W. SCOTT GRECO**
ADMITTED TO PRACTICE IN
VA, DC, & MD

April 4, 2008

**BY ECF FILING**

Clerk's Office
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Hartford Financial Holdings, et al. v. Signer*
    U. S. District Court, Southern District of New York
    08cv2459-PKC

Dear Clerk:

  I am counsel for the Petitioners in the above referenced case. Attached please find a Notice of Bankruptcy filing and Notice of Automatic Stay I received in regard to the Respondent in this case, Mr. Signer.

Very truly yours,

Frederick D. Greco

Enclosure
FDG: lm
cc: Steve Miller, Esquire

  Courtesy Copy
  The Honorable P. Kevin Castel
  United States Courthouse
  500 Pearl St.
  New York, NY 10007

LAW OFFICES
## STEVE A. MILLER, P. C.

THE BARCLAY, NO. 2905
1625 LARIMER STREET
DENVER, COLORADO 80202-1539

FACSIMILE
(303) 892-8925

TELEPHONE
(303) 892-9933

April 2, 2008

**Sent Via Fax Only**
W. Scott Greco, Esq.
Frederick D. Greco, Esq.
Greco & Greco, P.C.
1300 Old Chain Bridge Road
McLean, VA 22101

      RE:    Hartford Financial Holdings, et al. v. Signer
             U.S. District Court, Southern District Court of New York
             08cv2459-PKC

Gentlemen:

    Please be advised that at approximately 11:00 a.m. today, Steven Signer filed for Chapter 7 Bankruptcy protection in the United States Bankruptcy Court, District of Colorado, Case No. 08-14278. See attached Notice of Automatic Stay. Mr. Signer is represented in the bankruptcy proceeding by Denver attorney David M. Rich who is listed on the attached Notice of Automatic Stay.

    Please arrange for the filing in the above action of the attached Notice of Automatic Stay. I am not admitted in the U.S. District Court, Southern District of New York, and I am not planning to enter my appearance on behalf of Mr. Signer in the above matter. I also understand that Mr. Signer does not intend at this time to retain counsel to enter an appearance on his behalf in the above matter.

Sincerely,

STEVE A. MILLER, P.C.

Steve A. Miller

Cc:    David M. Rich, Esq.
         Steven Signer

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                                           Case No. **08-14278**

**Signer, Steven C.**                                                                                Chapter **7**

                              Debtor(s)

TO:

FINRA Dispute Resolution
PO Box 7777-9530
Philadelphia, PA 19175-9530

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on **4/02/2008**, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the **2nd** day of **April**, **2008** I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

David M. Rich 15211
Onsager, Staelin & Guyerson, LLC
1873 S. Bellaire Street, Suite 1401
Denver, CO 80222-4358
(303) 512-1123