```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hartford Financial Holdings, Inc., et al.      Plaintiff,

- against -

Steven C. Signer      Defendant.

08   cv   2459   (PKC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Frederick D. Greco attorney for Hartford Financial Holdings, Inc. et al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | W. Scott Greco |
| Firm Name: | GRECO & GRECO, P.C. |
| Address: | 1300 Old Chain Bridge Rd. |
| City/State/Zip: | McLean, VA 22101 |
| Telephone/Fax: | (703) 821-2777 |
| Email Address: | wsgreco@grecogrecolaw.com |

is admitted to practice pro hac vice as counsel for Hartford Financial Holdings, Inc. et al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 7, 2008
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006