# GRECO & GRECO, P.C.

ATTORNEYS AT LAW
1300 OLD CHAIN BRIDGE ROAD
McLEAN, VIRGINIA 22101

**MEMO ENDORSED**

TELEPHONE (703) 821-2777
FACSIMILE (703) 893-9377
E-MAIL: firm@grecogrecolaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

**FREDERICK D. GRECO**
ADMITTED TO PRACTICE IN
VA, DC, MD & NY

**W. SCOTT GRECO**
ADMITTED TO PRACTICE IN
VA, DC & MD

April 4, 2008

**BY ECF FILING**



Clerk's Office
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Hartford Financial Holdings, et al. v. Signer*
      U. S. District Court, Southern District of New York
      08cv2459-PKC

Dear Clerk:

I am counsel for the Petitioners in the above referenced case. Attached please find a Notice of Bankruptcy filing and Notice of Automatic Stay I received in regard to the Respondent in this case, Mr. Signer.

Very truly yours,

Frederick D. Greco

Enclosure
FDG: lm
cc:   Steve Miller, Esquire

      Courtesy Copy
      The Honorable P. Kevin Castel
      United States Courthouse
      500 Pearl St.
      New York, NY 10007

*Case is placed on suspense docket.*

*Case will be administratively closed if no action is taken to remove from the suspense docket by December 31, 2008. ORDERED*
*SO, USDS*
*4-8-08*